OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R
0006557458        DEC 17 2014
MAILED FROM ZIP CODE 78701

12/15/2014
PINKSTON, ERIK CHRISTIAN    Tr. Ct. No. C-372-010156-0815417-A
WR-81,741-01

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk



ERIK CHRISTIAN PINKSTON
MIDDLETON UN - TDC # 1894998
13055 FM 3522
ABILENE TX 79601